**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
1220 U.S. Courthouse
100 State Street
Rochester, New York 14614
www.nywb.uscourts.gov

In re:  Case No.: 12-20448
Chapter: 7

SR. JAMES M. McKAY, a/k/a James M. McKaysr,
d/b/a Coffee Hill Enterprises

SSN/Tax ID: xxx-xx-5627

Debtor.

## TRUSTEE'S NOTICE OF INTENT TO SELL

The Trustee, Douglas J. Lustig, located at Two State Street, Suite 1600, Rochester, New York 14614, intends to sell all of the nonexempt property of the Bankruptcy Estate (which has an aggregate gross value of less than $2,500.00) pursuant to Federal Rule of Bankruptcy Procedure 6004(d), as follows:

**Description of Property or Interest to be sold (include liens if any)**: **Non-exempt assets to wit:** CCM 128 (Front Plow, snowblower), Cyclone Rake XL-Tractor mount, Craftsman 3.0 tablesaw, weedeater-straight shaft, Husquvarna chain saw, Dewalt power tools, craftsman 4.5 push lawn mower, troybuilt snowblower, garden tools, Huntington BBQ, Frigirdaire front load washer & dryer, LG fish tank, Sound Bar - Subwolfer, flat screen tv, propane heater, compac lap top, electronic (speakers, radio) printer-HP, (2) sleeping bags, Karoke Machine-party starter, Peak jumper starter, 18" infalatable pool.

Buyer's Name and Address (and relationship of buyer to debtor, if any):

**James M. McKay, Sr. - Debtor**
**9247 Coffee Hill Road**
**Dansville, New York 14437**

Price (and payment terms, if any):  **$2,306.75**  **Payment received.**

Trustee's basis for purchase:

**Appraisal of all items listed the above**  **$3,075.00**
**Minus 10% cost of sale**  **- $ 307.50**
**TOTAL**  **$2,767.50 or 83% of the value being paid**

Other terms, conditions or information regarding the sale: **none**

**PLEASE TAKE NOTICE**, that unless an objection or a request for a hearing is filed with the Bankruptcy Court Clerk, the Trustee, and the U.S. Trustee regarding the above sale by _____, the intended sale described in this Notice will go forward and the Trustee will sell the above interest or property by virtue of the Trustee's statutory powers, without further Notice or Order of the Court. A hearing will take place before Honorable Paul R. Warren, at 100 State Street, Rochester, New York, on _____, 2014 at 10:00 A.M. if a timely objection is filed.

Dated:_____  Lisa Bertino-Beaser
Clerk, U.S. Bankruptcy Court